IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) CASE NUMBER: 4:19-CR-00124 |
| ERIC MAXWELL | ) |
| Defendant. | ) |

## ORDER

After considering Defendant Maxwell's Motion to Adopt and Conform All Applicable Motions of Co-Defendants, along with the accompanying Memorandum of Law, the Court finds that it should be granted.

SO ORDERED, this 30th day of September, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE